IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

**UNITED STATES OF AMERICA**

**VS**                                               **CR NO. 8:20-223**

**KAREN RICE MCCRARY**

# PLEA

The defendant, **KAREN RICE MCCRARY**, having withdrawn her plea of Not Guilty,

r5

pleads **GUILTY** to Count **1, 2, 3 and 4** of the **Indictment**.

_____
(Signed) Defendant

Greenville, South Carolina
7/16/20